UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>COY RAY PHELPS,<br>  Defendant. | )<br>)<br>)<br>)   No. CR-85-00899 EMC<br>)<br>)<br>) |

## ORDER

The defendant, Coy Ray Phelps, was committed by this Court pursuant to Title 18, United States Code § 4243, on September 17, 1986, after being found not guilty only by reason of insanity for manufacturing and placing explosive devices. On August 4, 2015, a Certificate of Conditional Release was issued by Linda Sanders, Warden for the United States Medical Center for Federal Prisoners, located in Springfield, Missouri (USMCFP Springfield), indicating Mr. Phelps has recovered from his mental disease or defect to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment, and release conditions listed below, would not create a substantial risk of bodily injury to another person or serious damage to the property of another person.

Therefore, in accordance with 18 U.S.C. § 4243(e), it is hereby ORDERED that the defendant be conditionally released forthwith under the following conditions:

1) Mr. Phelps shall reside at Geo Re-Entry Services located at 111 Taylor Street, San Francisco, California 94102, if approved. Said placement will be for up to 120 days. If there is a question as to whether or not Mr. Phelps should be extended at the residential reentry center, the parties will notify the Court. The United States Probation Officer may place Mr. Phelps at another location if Mr. Phelps is unable to reside at the RRC.

2) Mr. Phelps must get approval from the United States Probation Office to change his approved housing plan as noted above.

3) Mr. Phelps shall report to the United States Probation Office as instructed. He shall report to United States Probation Officer, Jennifer James (phone: 415-436-7575) within 72 hours of his release. Mr. Phelps shall comply with the specific conditions listed herein and the standard conditions of the district of supervision.

4) Mr. Phelps shall cooperatively participate in a mental health treatment program, which may include inpatient residential treatment and pay for treatment services as directed by the probation officer.

5) Mr. Phelps shall take all medications as prescribed by his physician.

6) Any non-compliance with treatment or changes in the prescribed regimen of medical or psychiatric care will be reported to the United States Probation Officer by the medical provider.

7) Mr. Phelps shall waive his rights to confidentiality related to his mental health and substance abuse treatment. Mr. Phelps will allow for the written and verbal exchange of information sharing to assist in evaluating his appropriateness for community placement.

8) Mr. Phelps shall submit to drug testing at any time as directed by the probation officer.

9) Mr. Phelps shall not have in his possession at any time any actual or imitation firearms, destructive devices or other deadly weapons. He shall submit to a search without a warrant at the request of a probation officer, group home staff, or any law enforcement officer of his person, property including vehicle or premises for the purpose of determining compliance with this condition.

10) Mr. Phelps shall be restricted from travel outside of the Norther District of California without the prior approval of the United States Probation Office.

11) Mr. Phelps shall not commit a federal, state, or local crime, and that he immediately notify his probation officer if he is arrested or questioned by any law enforcement officer.

12) Mr. Phelps shall not associate with any persons engaged in criminal activity or associate with any person convicted of a felony unless granted permission by his probation officer.

13) Upon the recommendation of the medical provider or probation officer, Mr. Phelps will voluntarily admit himself into a hospital for treatment. If he refuses, involuntary state civil commitment procedures should be considered. A local or state hospital should be utilized if possible. If local or state facilities are unable to ensure the safety of others, the

probation officer shall contact this court for further instructions and possible designation or return to federal custody (preferably USMCFP, Springfield).

IT IS SO ORDERED this 23rd day of September, 2015

Edward M. Chen
United States District Judge