**FILED**

**NOV 20 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10493 |
| Plaintiff - Appellee, | D.C. No. 3:85-cr-00899-EMC<br>Northern District of California,<br>San Francisco |
| v. | |
| COY RAY PHELPS, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

On October 14, 2015 appellant filed, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A) a notice of appeal from the district court's order entered on September 24, 2015. Because the notice of appeal was filed more than 14 days after entry of the order, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). The notice of appeal was, however, filed within 30 days after the expiration of the time to file the notice of appeal. *See* Fed. R. App. P. 4(b)(4). Accordingly, this case is remanded to the district court for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. *See* Fed. R. App.

P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995) (order); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. The district court is also requested to serve its orders on appellant at the following address: Cory Ray Phelps, Box 180, 111 Taylor Street, San Francisco, California 94102

The proceedings in this court are held in abeyance pending the district court's determination.

The Clerk shall serve this order on the district judge.